IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-CV-00379-CBS

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

D.R.D.C. MEDICAL DEPT. (Head of),
DR. OBA @ C.C.C.F.,
R.N. LAURA DICKINSON@ C.C.C.F.,
EXECUTIVE WARDEN @ C.C.C.F., and
MRS. BARRONE (Case MNG [sic] @ C.C.C.F.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2007

GREGORY C. LANGHAM
                CLERK

## ORDER

Section 455, 28 U.S.C., requires that a judge disqualify himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. United States v. Gigax, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality." Id.; Webbe v. McGhie Land Title Co., 549 F.2d 1358, 1361 (10th Cir. 1977).

I have concluded that a basis exists in this case upon which my impartiality might reasonably be questioned. Accordingly,

IT IS ORDERED that I hereby disqualify myself from further action in this case. The Clerk of the Court is directed to cause the case to be reassigned to another magistrate judge.

Dated February 22, 2007.

BY THE COURT:

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 – CV – 00379 CBS

Clifford Scott Fisher
Prisoner No. 132108
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/23/07.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk