IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

    Plaintiff,

v.

D.R.D.C. MEDICAL DEPT. (HEAD OF),
DR. OBA @ CCCF,
R.N. LAURA DICKINSON @ CCCF,
EXECUTIVE WARDEN @ CCCF, and
MRS. BARRONE (Case Mng. @ CCCF),

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: April 4, 2007

BY THE COURT:

s/ Walker D. Miller

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00379-WDM-MJW

Clifford Scott Fisher
Prisoner No. 132108
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Jim Higby - CERTIFIED
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR: Dr. Oba, R.N. Laura Dickinson,
Executive Warden at CCCF, and Mrs. Barrone,**

DRDC Medical Dept. (Head of) - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY
COURTESY COPY**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Jim Higby for service of process on Dr. Oba, R.N. Laura Dickinson, Executive Warden at CCCF, and Mrs. Barrone; and to Cathie Holst for service of process on DRDC Medical Department (Head of): COMPLAINT FILED 2/23/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/6/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk