IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER

   Plaintiff,

v.

D.R.D.C. MEDICAL DEPT. (HEAD OF),
DR. OBA @ CCCF,
R.N. LAURA DICKINSON @ CCCF,
EXECUTIVE WARDEN @ CCCF, and
MRS. BARRONE (Case Mng. @ CCCF),

   Defendants.

---

**ORDER GRANTING MOTION TO ALLOW DEPOSITION OF PLAINTIFF CLIFFORD SCOTT FISHER PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

This matter comes before the Court on Defendants' Motion to Allow Deposition of Plaintiff Clifford Scott Fisher Pursuant to Fed. R. Civ. P. 30(a)(2) filed October 24, 2007. The Court hereby Orders as follows:

The Motion is granted. Defendants are hereby permitted to take the deposition of Plaintiff Clifford Scott Fisher on November 12, 2007, at 9:00 a.m. at the Crowley County Correctional Facility.

Dated this 26th day of October, 2007.

BY THE COURT:

~~Walker D. Miller~~
~~United States District Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO