IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

DRDC MEDICAL DEPARTMENT, et al.,

Defendants.

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's two letter inquiries concerning the status of the search for appointed counsel (Docket Nos. 30 and 37), which have been construed as motions, are granted to the extent that plaintiff is advised that the court has not yet obtained counsel for the plaintiff.  None of the attorneys contacted have yet agreed to accept plaintiff's case.  As plaintiff was previously advised, it is frequently very difficult for the court to obtain pro bono counsel for litigants. Consequently, this case shall proceed in its ordinary course, with plaintiff continuing to act pro se, until such time as the court is able to secure counsel.

Date: November 1, 2007