IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

DRDC MEDICAL DEPARTMENT, et al.,

Defendants.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's "Motion the Court to Motion Crowley to deduct 20% of My Account Monthly" (Docket No. 41) is denied without prejudice. It appears from plaintiff's Statement of Account Activity (Docket No. 40 at 2) that plaintiff's account balance was too low for a monthly payment to have been sent by the facility. It is plaintiff's responsibility to make the necessary arrangements to make sure that monthly payments are sent to the court or otherwise show cause why he cannot make his payment each month.

Date: December 19, 2007