IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

DRDC MEDICAL DEPARTMENT, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's letter inquiry concerning the status of the search for appointed counsel (Docket No. 48), which has been construed as a motion, is granted to the extent that plaintiff is advised that the court has not yet obtained counsel for the plaintiff. None of the attorneys contacted have yet agreed to accept plaintiff's case. As plaintiff was previously advised on more than one occasion, it is frequently very difficult for the court to obtain pro bono counsel for litigants. Consequently, this case shall proceed in its ordinary course, with plaintiff continuing to act pro se, until such time as the court is able to secure counsel, and no continuances will be granted if they are sought solely on the basis that appointed counsel has not yet been located for the plaintiff. If counsel is located who will accept plaintiff's case, plaintiff will be so notified. There is no need for plaintiff to file repeated inquiries concerning the status of the search for counsel.

It is further **ORDERED** that plaintiff's Motion for Respondants [sic] to Abide by Rule 37 (Docket No. 49) is denied without prejudice. It is not clear from the motion what relief plaintiff is seeking. Plaintiff makes reference to a motion he filed in January, but that document (Docket No. 44) is entitled a "Response," not a motion, so it has not been construed as a motion, and a ruling will not be made on that document.

Date: March 11, 2008