IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

DRDC MEDICAL DEPARTMENT, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion for Release of Defendants Licenses and Work History Reports (Docket No. 80) is denied. Plaintiff may seek to obtain such documents from defendants through the discovery process, following the Federal Rules of Civil Procedure and complying with the limitations and deadlines set in the Scheduling Order (Docket No. 66).

Date: July 18, 2008