IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

    Plaintiff,

v.

D.R.D.C. MEDICAL DEPARTMENT, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Michael J. Watanabe (doc no 88) that all claims against Defendant "Head of D.R.D.C. Medical Department" be dismissed for failure to timely identify and serve this defendant with the complaint in this matter and failure to prosecute. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). Despite an Order to Show Cause (doc no 83) issued by Magistrate Judge Watanabe, Plaintiff has not invoked this Court's jurisdiction over this defendant through proper service of process. Accordingly, I agree with Magistrate Judge Watanabe that all claims against this defendant should be dismissed.

Accordingly, it is ordered:

    1.    The recommendation of Magistrate Judge Michael J. Watanabe (doc no 88) is accepted.

2. All claims asserted against Defendant "Head of D.R.D.C. Medical Department" are dismissed without prejudice.

DATED at Denver, Colorado, on September 16, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge