IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

DRDC MEDICAL DEPARTMENT, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendants' Motion to Modify the Scheduling Order for Purposes of Deposing Dr. Leslie Stark (docket no. 110) is GRANTED finding good cause shown. The deadline to complete discovery is extended up to and including l November 7, 2008, for the limited purpose of taking the deposition of Dr. Leslie Stark. The Rule 16 Scheduling Order is amended consistent with this minute order. There is no prejudice to Plaintiff in allowing this very limited extension of time to complete Dr. Stark's deposition.

Date: October 28, 2008