IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00379-WDM-MJW

CLIFFORD SCOTT FISHER,

Plaintiff,

v.

DRDC MEDICAL DEPARTMENT, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants Oba, Dickinson, Smelser and Barrone's Motion to Strike Plaintiff's Supplemental Motion for the Plaintiff's Response to the Defendant's Motion for Summary Judgment (**Docket No. 85)** is **denied**.

It is further **ORDERED** that the Plaintiff's Motion to Compel for the Discovery Tools Needed for Admissions and Depositions **(Docket No. 121)**, as supplemented (Docket No. 123), is **denied** for failure to comply with D.C.COLO.LCivR 37.1 (Form of Discovery Motions - "A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto shall set forth verbatim the interrogatory, request, and response to which the motion is directed.").

Date: December 3, 2008